

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Patrick J. Murray*
*Direct Dial: (215) 861-8456*
*Facsimile: (215) 861- 8618*
*E-mail Address: patrick.j.murray@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 19, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: United States v. Joseph LaForte et al. (23-cr-198)

Dear Clerk:

  Please unimpound the Indictment and Superseding Indictment in regard to the above-captioned case. The Indictment was filed on May 4, 2023, and the Superseding Indictment was filed on May 18, 2023.

          Very truly yours,

          JACQUELINE C. ROMERO
          United States Attorney


          *s/ Patrick J. Murray*
          Patrick J. Murray
          Assistant United States Attorney