IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-198-4 |
| | : | |
| JOSEPH COLE BARLETA | : | |

## ORDER

AND NOW, this 17th day of July 2023, upon considering Defendant Joseph Cole Barleta's unopposed Motion to modify conditions of release (ECF Doc. No. 64), the May 26, 2023 Conditions of Release Order (ECF Doc. No. 16), and for good cause to allow the limited modification, it is **ORDERED**:

1. Defendant's unopposed Motion (ECF Doc. No. 64) is **GRANTED**;

2. We **amend** our May 26, 2023 Order (ECF Doc. No. 16) only to allow Mr. Barleta to have contact with a co-defendant while in the physical presence of his and the represented co-defendant's counsel; and,

3. All other aspects of our May 26, 2023 Order (ECF Doc. No. 16) remain in effect.

_____
KEARNEY, J.